*EXHIBIT A*

MONTGOMERY COUNTY OFFICE
ONE MONTGOMERY PLAZA
SUITE 606
NORRISTOWN, PA 19401-4807
(610) 272-4900
FAX: (610) 272-5105
♦
NEW JERSEY OFFICE
204 WHITE HORSE PIKE
SECOND FLOOR
HADDON HEIGHTS, NJ 08035-1739
(856) 547-5756
FAX: (856) 547-5880
♦
DELCHESTER OFFICE
109 EAST EVANS STREET
SUITE A
WEST CHESTER, PA 19380-2600
(610) 344-3990
FAX: (610) 344-3995

**BENNETT, BRICKLIN & SALTZBURG LLP**
ATTORNEYS AT LAW
1601 MARKET STREET
16TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-2393
(215) 561-4300
FAX: (215) 561-6661
WEBSITE: www.bbs-law.com

CENTRAL PENNSYLVANIA OFFICE
313 WEST LIBERTY STREET
SUITE 371
LANCASTER, PA 17603
(717) 393-4400
FAX: (717) 393-4322

♦

BUCKS COUNTY/LEHIGH VALLEY OFFICE
711 HYDE PARK
DOYLESTOWN, PA 18901
(215) 489-0815
FAX: (215) 489-0818

WRITER'S DIRECT DIAL: (215) 665-3366
WRITER'S EMAIL: moraglia@bbs-law.com

April 22, 2003

Windell E. Cooper Porter, Esquire
1219 W. Main Street
Norristown, PA 19401

**FILE COPY**

Re:  Earl L. Tabron, Jr.
vs.  RadioShack, John V. Roach,
     George Kunney And Darryl J. Ferrara
Our File No.: 90799

Dear Ms. Cooper Porter:

Enclosed please find defendant, George Kuney's initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.

In addition, enclosed please find George Kuney's interrogatories and requests for production of documents directed to plaintiff which we ask that you respond to pursuant to the Federal Rules of Civil Procedure.

Thank you for your attention to this matter.

Very truly yours,

Daniel C. Moraglia

DCM/ht
Enclosure

cc:  David A. Rapuano, Esquire
     Michael W. Herbert, Esquire

*EXHIBIT "B*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EARL L. TABRON, JR.,                    CIVIL ACTION
        Plaintiff,

v.                                      NO. 02-2695

RADIO SHACK, et al.,
        Defendants.

## ORDER

AND NOW, this 30th day of April, 2003, upon consideration of the motion of counsel for plaintiff to withdraw, it is hereby ORDERED that said motion is GRANTED.

It is further ORDERED that the following scheduling order is entered:

1. All discovery in this case is to be completed by July 31, 2003.

2. All dispositive motions are due five (5) days after the discovery period.

3. The case will be placed in the trial pool (published in The Legal Intelligencer) on September 2, 2003.

4. At least seven (7) days prior to the case being listed in the pool as set forth in paragraph 3, all parties will file their respective pretrial memorandums, which shall include all items set forth in paragraph 8 of the Pretrial and Trial Procedures Before Judge Ronald L. Buckwalter (a copy of which is attached to this order). A copy of the pretrial memorandums shall be sent to opposing counsel and unrepresented parties. Unless otherwise ordered, counsel need not submit a pretrial memorandum, if a dispositive motion is filed, until after the Court's ruling

on the motion. If necessary, pretrial memos are due seven (7) days after the Court's ruling on the motion.

5.  If requested by counsel, the court will hold a pretrial conference, but no such conference will ordinarily be scheduled in the absence of a request.

All parties, unrepresented and represented by counsel, must comply with the aforementioned scheduling order, the local rules of court, and the Federal Rules of Civil Procedure.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.

Copies by FAX from chambers on 4/30/03 to:

Windell E. Cooper Porter, Esq.   (610) 376-8650
Daniel C. Moraglia, Esq.          (215) 561-6661
Michael W. Herbert, Esq.          (609) 924-8732
David A. Rapuano, Esq.            (856) 673-7145

Copy by Mail from chambers on 4/30/03 to:

Earl L. Tabron, Jr. (Plaintiff)
7329 Ogontz Avenue
Philadelphia, PA  19138

*EXHIBIT "C"*

**BENNETT, BRICKLIN & SALTZBURG LLP**
ATTORNEYS AT LAW
1601 MARKET STREET
16TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-2393
(215) 561-4300
FAX: (215) 561-6661
WEBSITE: www.bbs-law.com

MONTGOMERY COUNTY OFFICE
ONE MONTGOMERY PLAZA
SUITE 606
NORRISTOWN, PA 19401-4807
(610) 272-4900
FAX: (610) 272-5105
♦
NEW JERSEY OFFICE
204 WHITE HORSE PIKE
SECOND FLOOR
HADDON HEIGHTS, NJ 08035-1739
(856) 547-5756
FAX: (856) 547-5880
♦
DELCHESTER OFFICE
109 EAST EVANS STREET
SUITE A
WEST CHESTER, PA 19380-2600
(610) 344-3990
FAX: (610) 344-3995

CENTRAL PENNSYLVANIA OFFICE
313 WEST LIBERTY STREET
SUITE 371
LANCASTER, PA 17603
(717) 393-4400
FAX: (717) 393-4322

BUCKS COUNTY/LEHIGH VALLEY OFFICE
711 HYDE PARK
DOYLESTOWN, PA 18901
(215) 489-0815
FAX: (215) 489-0818

WRITER'S DIRECT DIAL: (215) 665-3366
WRITER'S EMAIL: moraglia@bbs-law.com

June 16, 2003

*VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED*

Mr. Earl L. Tabron, Jr., Pro Se
7329 Ogontz Avenue
Philadelphia, PA 19138

> Re: Earl L. Tabron, Jr.
> vs. RadioShack, John V. Roach,
> George Kunney And Darryl J. Ferrara
> Our File No.: 90799

Dear Mr. Tabron

On April 22, 2003, I sent to your then attorney, Windelle Cooper-Porter George Kuney's initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure as well as a set of interrogatories and request for production of documents directed to you which you are required to respond to pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure.

It is my understanding that Ms. Cooper-Porter is no longer your attorney. However, it is still your responsibility to provide your initial disclosures as well as responses to our written discovery. To date, we have not received your initial disclosures or responses to our discovery which are now long overdue. If we do not receive your initial disclosures and responses to written discovery by June 23, 2003, we will file a motion to compel with the court and will seek reimbursement for the cost associated with the filing of the motion. I enclose another set of our written discovery requests for your convenience.

Thank you for your attention to this matter.

Very truly yours,

Daniel C. Moraglia

DCM/rdt-Encl

@PFDesktop\::ODMA/PCDOCS/DOCS/341148/1