IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARL L. TABRON, JR., | Civil Action No. 02-2695 |
| Plaintiff, | |
| v. | |
| RADIO SHACK, JOHN V. ROACH, GEORGE KUNNEY AND DARRYL J. FERRARA, | |
| Defendants. | |

## ORDER COMPELLING PLAINTIFF TO RESPOND TO DISCOVERY

Upon Defendants RadioShack and John V. Roach's Motion to Compel Plaintiff to Respond to Discovery and consideration by the Court, it is ORDERED:

(1) Within seven (7) days of the date of this Order, Plaintiff Earl L. Tabron, Jr. shall respond completely to Defendants RadioShack and John V. Roach's First Set of Interrogatories to Plaintiff, Defendant RadioShack and John V. Roach's First Set of Document Production Requests to Plaintiff and Defendants RadioShack and John V. Roach's Rule 26(a) disclosures.

(2) Plaintiff shall pay Defendants RadioShack and John V. Roach the sum of $400 as reimbursement of the attorneys' fees and costs expended by Defendants RadioShack and John V. Roach in connection with the Motion to Compel.

Date:_____

                                                          RONALD L. BUCKWALTER, U.S.D.J.

1219381v1