**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EARL L. TABRON, JR., | Civil Action No. 02-2695 |
| Plaintiff, | |
| **v.** | |
| RADIO SHACK, JOHN V. ROACH, GEORGE KUNNEY AND DARRYL J. FERRARA, | |
| Defendants. | |

**CERTIFICATION OF COUNSEL
PURSUANT TO LOCAL RULE 26.1(f)**

DAVID A. RAPUANO, of full age, certifies to the following:

1.      I am an associate with the firm of Archer and Greiner, counsel of record for

Defendants RadioShack and John V. Roach,  (hereinafter "Defendants"), in the above-captioned

matter.

2.      I certify, as required by Rule 26.1(f) of the Local Rules for the United States

District Court for the Eastern District of Pennsylvania, that the Plaintiff's responses to discovery,

Interrogatories and document requests served on May 9, 2003 were due on June 8, 2003.

3.      On June 11 and June 18, 2003, I sent letters to Plaintiff requesting the responses

to the discovery or that he contact me to discuss the matter.

4.      To date, I have not received responses to the Interrogatories or the requested

documents nor has plaintiff contacted me.

5.      I certify that the foregoing statements made by me are true.  I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
DAVID A. RAPUANO, ESQUIRE

## <u>CERTIFICATE OF SERVICE</u>

I, DAVID A. RAPUANO, ESQUIRE, certify, under penalty of perjury, that the foregoing

Defendants RadioShack and John V. Roach's Motion to Compel Plaintiff to Respond to

Discovery was mailed certified mail return receipt requested  on the date noted below to:

Earl L. Tabron, Jr., Pro Se<br>
7329 Ogontz Avenue<br>
Philadelphia, PA  19138

_____

DAVID A. RAPUANO, ESQUIRE


Date:_____

1219430v1