IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL L. TABRON, JR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-2695 |
| | : | |
| RADIO SHACK, JOHN V. ROACH, | : | |
| GEORGE KUNNEY and | : | |
| DARRYL J. FERRARA, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 24th day of July, 2003, upon consideration of the motion of defendant George Kuney to compel plaintiff to respond to discovery (Docket No. 15), it is hereby ORDERED as follows:

1. On or before August 7, 2003, plaintiff Earl L. Tabron, Jr. shall respond completely to defendant George Kuney's interrogatories, said defendant's request for production of documents, and provide self executing disclosures to defendant.

2. Failure to respond as directed may result in the imposition of sanctions upon application to this court which may involve dismissal of the complaint.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.