**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


EARL L. TABRON, JR.,                        :          CIVIL ACTION
                        Plaintiff,          :
                                            :
        v.                                  :          NO.  02-2695
                                            :
RADIO SHACK, JOHN V. ROACH,                 :
GEORGE KUNNEY and                           :
DARRYL J. FERRARA,                          :
                        Defendants.         :


**AMENDED SCHEDULING ORDER**


        AND NOW, this 24th day of July, 2003, upon consideration of the joint request of

defendants, it is hereby ORDERED that this court's scheduling order of April 30, 2003 is

amended as follows:

        1.      All discovery is to be completed by September 30, 2003.

        2.      All dispositive motions are due October 6, 2003.

        3.      This case will be placed in the trial pool on November 3, 2003.


                        BY THE COURT:


                        _____
                         RONALD L. BUCKWALTER, J.