IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARL L. TABRON, JR., | Civil Action No. 02-2695 |
| Plaintiff, | |
| v. | |
| RADIO SHACK, JOHN V. ROACH, GEORGE KUNNEY AND DARRYL J. FERRARA, | |
| Defendants. | |

**ORDER DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO RULE 37(b)(2)(C) FOR FAILURE TO COMPLY WITH ORDER COMPELLING DISCOVERY**

Upon Defendants RadioShack and John V. Roach's Motion to Dismiss Plaintiff's Complaint for Failure to Comply with the Court's Order compelling discovery and consideration by the Court of the Motion and Certification of Counsel, it is ORDERED that Plaintiff's Complaint is hereby Dismissed with Prejudice for Failure to comply with the Court's Order compelling discovery.

Date:_____

RONALD L. BUCKWALTER, U.S.D.J.

1240627v1