IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL TABRON, JR., | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-2695 |
| | : | |
| RADIOSHACK, JOHN V. ROACH, | : | |
| GEORGE KUNNEY and | : | |
| DARRYL J. FERRARA, | : | |
|     Defendants. | : | |

## **ORDER**

**AND NOW**, this 12th day of September, 2003, upon consideration of Defendant Darryl J. Ferrara's Motion to Dismiss Plaintiff's Complaint (Docket No. 22), it is hereby **ORDERED** that said Motion is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice. Since plaintiff's complaint has been dismissed with prejudice by previous orders as to all other defendants, this case is **CLOSED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.